IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br>Master Docket No. 2:18-mn-2873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br>Case No. 2:24-cv-04762-RMG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) and paragraph 6 of Second Amended CMO 28, Case No. 2:24-cv-04762, Karl Butler & Carmen Butler v. 3M Company et al., is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety, as to all defendants, without costs to either party. Such dismissal shall include the dismissal of any derivative loss of consortium claim related to the underlying dismissed claims. This 12th day of May, 2025

                                                  By:  /s/ W. Stacy Miller II
                                                      W. Stacy Miller II
                                                      N.C. Bar No. 21198
                                                      MaryAnne M. Hamilton
                                                      N.C. Bar No. 59323
                                                      Post Office Box 6340
                                                      Raleigh, NC 27628
                                                      T: (919) 348-4361
                                                      F: (919) 729-2953
                                                      maryanne@millerlawgroupnc.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 12, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF).

      Notice of and access to this filing will be provided to all parties through CM/ECF.

      /s/ *MaryAnne M. Hamilton*
      MaryAnne M. Hamilton